UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| PAMELA JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 21-03020-CV-S-LMC |
| WOODS SUPER MARKET of BOLIVAR, LLC., | ) |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On July 26, 2021, Plaintiff filed a Joint Stipulation of Dismissal (doc. #22) in compliance with Fed. R. Civ. P. 41(a)(1)(A)(i) requesting dismissal with prejudice of the above captioned case. Therefore, it is

ORDERED that this matter is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

AT THE DIRECTION OF THE COURT
PAIGE WYMORE-WYNN,
Court Executive


By: ___/s/ Traci Chorny___
Deputy Clerk

Date: July 27, 2021